JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT WALKER,<br><br>                  Petitioner,<br><br>      v.<br><br>D. ASUNCION,<br><br>                  Respondent. | Case No. CV 18-07016-SHK<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: 12/17/19

HON. SHASHI H. KEWALRAMANI
United States Magistrate Judge